```
                                              F I L E D
                                          IN CLERKS OFFICE
                                      U.S. DISTRICT COURT E.D. N.Y.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK            ★  DEC 9 1997  ★
-------------------------------------X
ALAN B. AMRON, Pro Se,
                                        TIME A.M. _____
                        Plaintiff,

        -against-
                                              Civil Action No.
AZRAK-HAMWAY INTERNATIONAL, INC.              CV97-1591
d/b/a REMCO TOYS, K-MART STORES, INC.         (TCP)
and TURNER HOME ENTERTAINMENT, INC.
(incorrectly named WARNER BROTHERS
CONSUMER PRODUCTS DIVISION a/k/a
JOHNNY QUEST),

                        Defendants.
-------------------------------------X
```

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the above captioned action is hereby discontinued with prejudice without cost to either party.

Dated:   Syosset, New York
         December 1, 1997

_____
ALAN B. AMRON
Plaintiff Pro Se


AMSTER, ROTHSTEIN & EBENSTEIN
Attorney for Defendants
90 Park Avenue
New York, New York 10016
(212) 697-5995

By: _____
    Chester Rothstein